# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| LEONDRE HARRIS, | : Case No. 1:19-cv-383 |
| Plaintiff, | : Judge Timothy S. Black |
| | : Magistrate Judge Karen L. Litkovitz |
| vs. | : |
| STATE OF OHIO, *et al.*, | : |
| Defendants. | : |

### DECISION AND ENTRY
### ADOPTING THE REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 5)

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on June 13, 2019, submitted a Report and Recommendation. (Doc. 5). Plaintiff filed timely objections on June 25, 2019. (Doc. 6).

Plaintiff's objections lack merit and do not identify any cognizable error in the Report and Recommendation.

Plaintiff primarily argues that he did in fact state a claim upon which relief may be granted. (*Id.* at 2-4). However, Plaintiff does not point to any specific error in the Report and Recommendation and the Court is unconvinced by Plaintiff's objections.

Plaintiff also contends that he is not a lawyer and should not be held to a lawyer's standard in the drafting of his pleadings. (*Id.* at 2). Yet the Court finds that the

Magistrate Judge appropriately reviewed and analyzed Plaintiff's claims and kept in mind that the Plaintiff is not a lawyer.

The Court finds that the Magistrate Judge thoroughly and properly reviewed all of Plaintiff's claims against twenty-six (26) different Defendants. The Court fully agrees with the Magistrate Judge's analysis and recommendation.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that the Report and Recommendation (Doc. 5) should be and is hereby **ADOPTED** in its entirety.

Accordingly, for the reasons stated above:

1) Plaintiff's unrelated claim against Defendant Kehr is **SEVERED** and **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 21.

2) The complaint (Doc. 4) is **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B), with the exception of Plaintiff's claims against Defendants Jean Smith and Nurse Bah

3) The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith and therefore Plaintiff is denied leave to appeal *in forma pauperis* in the Court of Appeals.

**IT IS SO ORDERED.**

Date: 7/10/2020      *s/Timothy S. Black*
Timothy S. Black
United States District Judge