# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| LEONDRE HARRIS, | : | Case No. 1:19-cv-383 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovitz |
| vs. | : | |
| | : | |
| STATE OF OHIO, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 23) AND
## TERMINATING THIS CASE IN THIS COURT

This case is before the Court pursuant to the Order of General Reference to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court and, on August 3, 2020, submitted a Report and Recommendation. (Doc. 23). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that the Report and Recommendation (Doc. 23) should be and is hereby **ADOPTED** in its entirety.

Accordingly, for the reasons stated above:

1) Defendants' motion for summary judgment on exhaustion grounds (Doc. 14) is **GRANTED** and the Complaint (Doc. 4) is **DISMISSED without prejudice** for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e.

2) The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this Order would not be taken in good faith and therefore Plaintiff is denied leave to appeal *in forma pauperis* in the Court of Appeals.

3) The Clerk shall enter judgment accordingly, whereupon this case is **TERMINATED** from the docket of this Court.

**IT IS SO ORDERED.**

Date: 8/28/2020 */s/ Timothy S. Black*
Timothy S. Black
United States District Judge